# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARNA BERKMAN,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant. | CIVIL ACTION NO. 02-4362 |
| ANDREW SPARK,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant. | CIVIL ACTION NO. 02-4386 |
| RICHARD KIRSCH, et al.,<br>    Plainitffs,<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant. | CIVIL ACTION NO. 02-4387 |
| H.S. SADOW, JR.,<br>    Plaintff,<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant. | CIVIL ACTION NO. 02-4476 |
| ERIN FEGAN,<br>    Plaintiff<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant | CIVIL ACTION NO. 02-4503 |
| SCOTT JACOBS,<br>    Plaintiff,<br>        v.<br>MCNEIL-PPC, INC.<br>        Defendant. | CIVIL ACTION NO. 02-6797 |
| SAJ DISTRIBUTORS, INC.,<br>    Plaintiff,<br>        v.<br>MCNEIL, PPC, INC.,<br>        Defendant. | CIVIL ACTION NO. 02-6993 |

**O R D E R**

**AND NOW**, this 31st day of March, it is hereby **ORDERED** that counsel shall report to the court by a single jointly signed submission stating their respective positions regarding the status of the above captioned matter by **April 30, 2003**. Counsel are requested to discuss settlement with each other and their respective clients before reporting to the court.

                            **BY THE COURT:**

                            _____
                            **MARVIN KATZ, S.J.**